*E-Filed 4/6/11*

1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| 14  RAVINDER KAUER BILON, an individual, and SALANDER SINGH BILON, an individual,<br>15<br>16  Plaintiffs,<br>17  vs.<br>18  WORLD SAVINGS BANK, FSB., a business entity, form unknown; FIRST AMERICAN TITLE COMPANY, a business entity, form unknown; GOLDEN WEST SAVINGS ASSOCIATION SERVICE COMPANY, a California corporation, MORTGAGE ELECTRONIC SYSTEMS, INC., a business entity, form unknown; and DOES 1-100 inclusive,<br>23  Defendants. | CASE NO.: 4:10-cv-05631-RS<br><br>[the Honorable Richard Seeborg]<br><br>**ORDER ON STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Current CMC:   April 21, 2011<br>Requested CMC:   July 14, 2011 |

1 | The Court, having reviewed the Stipulated Request to Continue Case Management
2 | Conference submitted by the parties and Good Cause Appearing:
3 | IT IS HEREBY ORDERED:
4 | 1. The Case Management Conference in this Action is continued from April 21, 2011 at
5 | 10:00 a.m. to **July 14, 2011 at 10:00 a.m**.

Date: 4/6/11

HON. RICHARD SEEBORG
United States District Court Judge