*E-Filed 6/21/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| RAVINDER KAUER BILON, an individual, and SALANDER SINGH BILON, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WORLD SAVINGS BANK, FSB., a business entity, form unknown; FIRST AMERICAN TITLE COMPANY, a business entity, form unknown; GOLDEN WEST SAVINGS ASSOCIATION SERVICE COMPANY, a California corporation, MORTGAGE ELECTRONIC SYSTEMS, INC., a business entity, form unknown; and DOES 1-100 inclusive,<br><br>Defendants. | CASE NO.:  4:10-cv-05631-RS<br><br>[the Honorable Richard Seeborg]<br><br>**ORDER ON SECOND STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Current CMC:         July 14, 2011<br><br>Requested CMC:    September 15, 2011 |

1 | The Court, having reviewed the Stipulated Request to Continue Case Management
2 | Conference submitted by the parties and Good Cause Appearing:
3 | IT IS HEREBY ORDERED:
4 | 1. The Case Management Conference in this Action is continued from July 14, 2011 at
5 | 10:00 a.m. to **September 15, 2011 at 10:00 a.m**.

Date: 6/21/11

HON. RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

W:\LITIG\95451\000728\00175868.DOC

CASE NO.: 4:10-CV-05631-RS
ORDER ON SECOND STIPULATED REQUEST