*E-Filed 6/27/11*

JOSEPH A. LEPERA (SBN 207615)
LEPERA & ASSOCIATES, PC
601 Montgomery Street – Suite 830
San Francisco, California 94111
Telephone: (415) 215-1001
Facsimile: (415) 362-9022
E-mail: joseph@leperalaw.com

Attorneys for Plaintiffs
RAVINDER KAUR BILON and SALANDER SINGH BILON

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| RAVINDER KAUR BILON, an individual, and SALANDER SINGH BILON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>WORLD SAVINGS BANK, FSB., a business entity, form unknown; FIRST AMERICAN TITLE COMPANY, a business entity, form unknown; GOLDEN WEST SAVINGS ASSOCIATION SERVICE COMPANY, a California corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a business entity, form unknown; and DOES 1-100 inclusive,<br><br>Defendants. | Case No. 3:10-cv-05631-RS<br><br>**STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION** |

WHEREAS on June 6, 2011, the Court granted the Motions to Dismiss by Defendants Wachovia Mortgage, successor in interest to World Savings Bank, Golden West Savings Association Service Co., Mortgage Electronic Registration Systems, Inc., and First American Title Insurance Company;

WHEREAS Plaintiffs Ravinder Kaur Bilon and Salander Singh Bilon do not desire to file an

1  amended complaint or pursue the above-entitled action against the parties;

2      WHEREAS the parties will bear their own fees and costs;

3      WHEREAS pursuant to Federal Rules of Civil Procedure Rule 41 (a)(1), Plaintiffs desire to

4  dismiss the entire action with prejudice;

5      THE PARTIES HEREBY RESPECTFULLY REQUEST:

6      1. That the entire above-entitled action be dismissed with prejudice.

DATED:  June 23, 2011      Respectfully Submitted,

LEPERA & ASSOCIATES, PC

By: ____/s/ *Joseph A. Lepera*_____
    Joseph A. Lepera
    Attorneys for Plaintiffs
    Ravinder Kaur Bilon and Salander Singh Bilon

DATED: June 23, 2011      ANGLIN, FLEWELLING, RASMUSSEN
CAMPBELL & TRYTTEN LLP

By: ___/s/ *Yaw-Jiun (Gene) Wu*_____
    Yaw-Jiun (Gene) Wu
    Attorneys for Defendants
    Wachovia Mortgage, a division of Wells Fargo
    Bank, N.A., formerly known as World Savings
    Bank, FSB ("Wachovia") and Golden West
    Savings Association Service Company
    ("Golden West") and Mortgage Electronic
    Registration System ("MERS")

DATED: June 23, 2011      LAW OFFICES OF GLENN WECHSLER

By: ____/s/ *Glenn Wechsler*_____
    Glenn Wechsler
    Attorneys for Defendant
    First American Title Company

**LEPERA & ASSOCIATES, PC**
601 Montgomery Street – Suite 830
San Francisco, CA 94111

1  ORDER

2  Pursuant to the Stipulation,

3  IT IS SO ORDERED that the entire above-entitled action be dismissed without prejudice.

4
5  DATED: 6/27/11                         _____
                                           RICHARD SEEBORG
6                                          JUDGE OF THE U.S. DISTRICT COURT

1

*Ravinder Kaur Bilon v. World Savings Bank, et al. – Case No. 3:10-cv-05631-RS*
**STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION**